**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Adam** | **J** | **Young** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Northern** | District of: | **Illinois** (state) |
| Case number (if known) | **19-03852** | | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed

Official Form 113

# Chapter 13 Plan

12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 | ☐ Included | ☑ Not included |
| 1.3 | Nonstandard provisions, set out in Part 8 | ☑ Included | ☐ Not included |

## Part 2: Plan Payments and Length of Plan

**2.1 Debtor(s) will make regular payments to the trustee as follows:**

$775.00 per month for 36 month(s)

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

| Debtor 1 | **Adam** | **J** | **Young** | Case number | **19-03852** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

**2.2 Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply.*

☑ Debtor(s) will make payments pursuant to a payroll deduction order.
☐ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment):

**2.3 Income tax refunds.**

*Check one.*

☑ Debtor(s) will retain any income tax refunds received during the plan term.
☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.
☐ Debtor(s) will treat income tax refunds as follows:

**2.4 Additional payments.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5 The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is** $27,900.00

## Part 3: Treatment of Secured Claims

**3.1 Maintenance of payments and cure of default, if any.**

*Check all that apply.*

☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

| Debtor 1 | **Adam** | **J** | **Young** | Case number | **19-03852** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

**3.2 Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
**The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.**

**3.3 Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

☑ The claims listed below were either:

(a) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of creditor | Collateral | Amount of claim | Interest rate | Monthly plan payment | Estimated total payments by trustee |
|---|---|---|---|---|---|
| Exeter Finance LLC | 2014 Chevrolet Traverse | $21,639.00 | 7.00% | $244.00<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | $24,411.24 |
| SNAP-ON CREDIT LLC | Tools | $3,480.00 | 3.50% | $15.00<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | $3,798.60 |
| SNAP-ON CREDIT LLC | Tools | $748.00 | 3.50% | $10.00<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | $816.60 |
| Progressive Leasing | Mattress | $1,100.00 | 3.50% | $10.00<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | $1,160.64 |
| Matco Tools | Tools | $1,900.00 | 3.50% | $15.00<br>Disbursed by:<br>☑ Trustee<br>☐ Debtor(s) | $2,004.48 |

| Debtor 1 | **Adam** | **J** | **Young** | Case number | **19-03852** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

**3.4  Lien avoidance.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

**3.5  Surrender of collateral.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

| Debtor 1 | **Adam** | **J** | **Young** | Case number | **19-03852** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

## Part 4: Treatment of Fees and Priority Claims

**4.1 General**

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**

Trustee's fees are governed by statute and may change during the course of the case but are estimated to be 5.70% of plan payments; and during the plan term, they are estimated to total $1,590.30.

**4.3 Attorney's fees**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $4,000.00

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5 Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of
☑ 10.00% of the total amount of these claims, an estimated payment of $4,501.20
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $0.00 Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

| Debtor 1 | **Adam** | **J** | **Young** | Case number | **19-03852** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

**5.2 Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

☑ The debtor(s) will maintain the contractual installment payments and cure any default in payments on the unsecured claims listed below on which the last payment is due after the final plan payment. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. The claim for the arrearage amount will be paid in full as specified below and disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of creditor | Current installment payment | Amount of arrearage to be paid | Estimated total payments by trustee |
|---|---|---|---|
| RELIAMAX LND | Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | $0.00 | $0.00 |
| DEPT OF ED/NAVIENT | Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | $0.00 | $0.00 |
| TFC CREDIT CORP | Disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | $0.00 | $0.00 |

**5.3 Other separately classified nonpriority unsecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

| Debtor 1 | **Adam** | **J** | **Young** | Case number | **19-03852** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

## Part 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected. *Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1** Property of the estate will vest in the debtor(s) upon.

*Check the applicable box:*

☐ plan confirmation.
☑ entry of discharge
☐ other

## Part 8: Nonstandard Plan Provisions

**8.1** Check "None" or List Nonstandard Plan Provisions

☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**

1. Commencing with the July 2020 plan payment, Exeter Finance LLC shall receive set payments in the amount of $657.00 per month.

## Part 9: Signature(s):

**9.1** Signatures of Debtor(s) and Debtor(s)' Attorney

If the Debtor(s) do not have an attorney, the Debtor(s) must sign below; otherwise the Debtor(s) signatures are optional. The attorney for the Debtor(s), if any, must sign below.

✗ _____          ✗ _____
Signature of Debtor 1                                 Signature of Debtor 2
Executed on _____                         Executed on _____
                    MM / DD / YYYY                                            MM / DD / YYYY

✗ /s/ Michael Spangler                                 Date         2/13/2019
Signature of Attorney for Debtor(s)                                       MM / DD / YYYY

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

# Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | $0.00 |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | $0.00 |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | $32,191.56 |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | $0.00 |
| e. | **Fees and priority claims** *(Part 4 total)* | $5,590.30 |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | $4,501.20 |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | $0.00 |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | $0.00 |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | $0.00 |
| j. | **Nonstandard payments** *(Part 8, total)* | + $0.00 |
| | **Total of lines a through j** | $42,283.06 |

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                      Case No. 19-03852-PSH
Adam J Young                                                Chapter 13
        Debtor            CERTIFICATE OF NOTICE

District/off: 0752-1          User: carmstead          Page 1 of 2          Date Rcvd: Feb 14, 2019
                              Form ID: pdf001          Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
db            +Adam J Young,    106 Highpoint Dr,    Apt 201,    Romeoville, IL 60446-4812
27537259      +City of Chicago Parking,    121 N. LaSalle St # 107A,    Chicago, IL 60602-1232
27537261      +Edward Elmhurt Immediate care,    130 N Weber Rd,    Bolingbrook, IL 60440-1519
27537266      +Esurance Insurance,    650 Davis Street,    San Francisco, CA 94111-1981
27537243      +GENESIS BC/CELTIC BANK,    9 PARKWAY CTR STE 190,    PITTSBURGH, PA 15220-3609
27537242      +Great American Finance,    11380 Prosperity Farms Rd Ste 221,    Palm Bch Gdns, FL 33410-3465
27537237      +HUNTER WARFIELD,    PO Box 1022,    Wixom, MI 48393-1022
27537267      +IL Secretary of State,    2701 S. Dirksen Parkway,    Springfield, IL 62723-0002
27537260      +Illinois Tollway,    2700 Ogden Ave,    Legal Dept,    Downers Grove, IL 60515-1703
27537245      +JARED GALLERIA,    375 GHENT RD,    FAIRLAWN, OH 44333-4601
27537262      +PNC Bank,   300 Fifth Ave,    29th floor,    Pittsburgh, PA 15222-2401
27537235      +RELIAMAX LND,    2300 EAST 54TH ST NORTH,    SIOUX FALLS, SD 57104-8809
27537255     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court:   SNAP-ON CREDIT LLC,     PO BOX 506,    GURNEE, IL 60031)
27537264       Short Term Loans, LLC,    76 IL-59 #108,    Naperville, IL 60540
27537249      +TFC CREDIT CORP,    2010 CROW CANYON PL STE,    SAN RAMON, CA 94583-1344

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27537263      +Fax: 864-336-7400 Feb 15 2019 03:22:14     Advance America,    1500 S Lake St,
               Mundelein, IL 60060-4255
27537250      +E-mail/Text: jmalone@arcmgmt.com Feb 15 2019 01:58:08      CAPITALONE,
               c/o Pollack & Rosen, P.C,    1825 Barrett Lakes Blvd Suite 510,    Kennesaw, GA 30144-7519
27537246      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 15 2019 02:05:01      CREDITONEBNK,
               PO BOX 98872,    LAS VEGAS, NV 89193-8872
27537236      +E-mail/PDF: pa_dc_ed@navient.com Feb 15 2019 02:05:56     DEPT OF ED/NAVIENT,    PO BOX 9635,
               WILKES BARRE, PA 18773-9635
27537254      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 15 2019 02:04:55      Exeter Finance LLC,
               4515 N Santa Fe Ave Dept APS,    Oklahoma City, OK 73118-7901
27537253      +E-mail/Text: Harris@ebn.phinsolutions.com Feb 15 2019 01:59:02      HARRIS & HARRIS LTD,
               222 Merchandise Mart Plaza, Suite 1900,    Chicago, IL 60654-1421
27537258      +E-mail/Text: bankruptcy@ldf-holdings.com Feb 15 2019 01:58:48      Loan At Last,    PO BOX 1193,
               Lac Du Flambeau, WI 54538-1193
27537268      +E-mail/Text: bankruptcy@matcotools.com Feb 15 2019 01:59:03      Matco Tools,    4403 Allen Rd,
               Stow, OH 44224-1096
27537238      +E-mail/PDF: cbp@onemainfinancial.com Feb 15 2019 02:04:47      ONEMAIN,    605 Munn Rd E,
               Fort Mill, SC 29715-8421
27537240      +E-mail/Text: opportunitynotices@gmail.com Feb 15 2019 01:58:17      OPPITY FIN,
               11 E. ADAMS SUITE 501,    CHICAGO, IL 60603-6333
27537247      +E-mail/Text: opportunitynotices@gmail.com Feb 15 2019 01:58:17      Opp Loans,
               11 E. Adams St. #501,    Chicago, IL 60603-6333
27537241      +E-mail/Text: Contact@personifyfinancial.com Feb 15 2019 01:59:09      PERSONIFY,    PO Box 500650,
               San Diego, CA 92150-0650
27537239       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2019 02:05:55      PORTFOLIO RC,
               PO Box 41067,    Norfolk, VA 23541
27537257       E-mail/Text: ecfbankruptcy@progleasing.com Feb 15 2019 01:57:47      Progressive Leasing,
               10619 South Jordan Gateway # 100,    South Jordan, UT 84095
27537244      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 15 2019 02:05:02      Resurgent,
               P.O. Box 10584,    Greenville, SC 29603-0584
27537248       E-mail/PDF: cbp@onemainfinancial.com Feb 15 2019 02:05:45     SPRINGLEAF FINANCIAL S,
               1596 FT CAMPBELL BLVD,    CLARKSVILLE, TN 37042
27537252      +E-mail/Text: bankruptcynotice@westlakefinancial.com Feb 15 2019 01:57:35
               WESTLAKE FINANCIAL SVC,    4751 WILSHIRE BLVD STE 1,    LOS ANGELES, CA 90010-3847
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27537265*     +Loan At Last,    PO BOX 1193,    Lac Du Flambeau, WI 54538-1193
27537256*    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court:   SNAP-ON CREDIT LLC,     PO BOX 506,    GURNEE, IL 60031)
27537251     ##+ALLIED FIRST BANK,    387 SHUMAN BLVD STE 120E,    NAPERVILLE, IL 60563-8304
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: carmstead              Page 2 of 2                   Date Rcvd: Feb 14, 2019
                              Form ID: pdf001              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2019 at the address(es) listed below:
              Glenn B Stearns    stearns_g@lisle13.com
              Michael  Spangler   on behalf of Debtor 1 Adam J Young mspangler@semradlaw.com,
               ilnb.courtview@SLFCourtview.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 3
```